**Jennifer MILES, Appellant,**

v.

**BELLFONTAINE HABILITATION CENTER, Appellee.**

No. 08–1136.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 21, 2009.

■

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Jennifer Miles, St. Louis, MO, pro se.

Michael S. Meyers, Attorney General's Office, St. Louis, MO, for Appellee.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Jennifer Miles appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Judgment was entered on December 10, 2007, and Miles filed her notice of appeal 31 days later on January 10, 2008. The notice of appeal was thus untimely. *See* Fed. R.App. P. 4(a)(1)(A). (in civil

---

1. The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

cases, notice of appeal must be filed within 30 days after entry of judgment or order); *Dill v. Gen. Am. Life Ins. Co.,* 525 F.3d 612, 619–20 (8th Cir.2008) (timely notice of appeal is mandatory and jurisdictional). Accordingly, we dismiss the appeal for lack of jurisdiction.